# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

RECEIVED

2018 MAY -9 PM 1: 17

CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

Sharie Camp
Plaintiff )
)
)
vs. )  Case No. 4:18-CV-350-MJW
)
Childrens Division )
Defendant )

## AFFIDAVIT OF FINANCIAL STATUS

I, Sharie Camp , declare that I am the plaintiff in this

case, that because of my poverty I am unable to pay the costs of these proceedings, and that I

believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the

information I have given relating to my ability to pay the costs of commencing and prosecuting

this action are true.

I. MARITAL STATUS AND PERSONAL DATA

A. Single: ✓  Married:____  Separated:____  Divorced:____

B. Name of Spouse: N/A

C. Age of plaintiff, petitioner or complainant: Thirty-one

D. Age of spouse: N/A

E. Address of plaintiff, petitioner or complainant: 11921 Newton Ave. Apt. 39 Grandview, MO. 64030

Telephone: (816)-372-7603

F. Address of spouse: N/A

Telephone: N/A

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

Nikell Young (Age) three years old
11921 Newton Ave. Apt. 39 Grandview, MO. 64030
(My son) $250.00 to $300.00

## II. EMPLOYMENT

A. Name of employer: Sonic Drive-In

Address of employer: 10455 Blue Ridge Blvd, KCMO. 64134

Employer's telephone: (816)-761-1101 Length of employment: A week.

Job title or description: Carhop

Net Income:      Monthly $_____      Weekly $ 100.00

Gross Income:    Monthly $_____      Weekly $ 188.00

Does employer provide health insurance:    Yes_____    No ✓

If employer provides health insurance, describe coverage: N/A

_____

_____

B. Previous employment (Answer only if presently unemployed)

Name of employer:_____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:      Monthly $_____      Weekly $_____

Gross Income:    Monthly $_____      Weekly $_____

C.    Employment of spouse:

Name of employer: N/A _____

Address of employer: _____

Employer's telephone: _____ Length of employment: _____

Job title or description: _____

Net Income:        Monthly $_____        Weekly $_____

Gross Income:      Monthly $_____        Weekly $_____

## III.   FINANCIAL STATUS
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A.    Owner of real property?      Yes____        No ✓

If yes - Description: _____

Address: _____

In whose name? _____

Estimated value: _____

Total amount owed: _____

Owed to: _____

Annual income from property: _____

B.    Owner of automobile: Yes____      No ✓

If yes - Number of automobiles owned: _____

Make_____    Model_____    Year_____

Make_____    Model_____    Year_____

In whose name registered? _____

Present value: _____

Amount owed on the automobile(s):_____

Owed to:_____

Monthly payment(s):_____

C.   Cash on hand: (Include checking and savings accounts)

$ _N/A_____

List names and addresses of banks and associations:

_____

**Please do not state account numbers.**

D.   Have you received within the past 12 months any money from any of the following sources:

|  | Yes | No |
|---|---|---|
| Rent payments, interest or dividends? | ✓ | |
| Pensions, trust funds, annuities or life Insurance payments? | | ✓ |
| Gifts or inheritances? | | ✓ |
| Welfare Payments? | ✓ | |
| ADC or other governmental child support? | | ✓ |
| Unemployment benefits? | | ✓ |
| Social Security Benefits | ✓ | |
| Other sources? | | ✓ |

E.   If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

Housing Authority: $634.00 monthly

Welfare Food Stamps: $200.00 (TANF) $136.00 monthly

Social Security Benefits and Supplement: $770.00 monthly

IV.     **OBLIGATIONS**

A.     Monthly rental on house or apartment: $106.00

B.     Monthly mortgage payments on house: None

        Amount of equity in house: _____

C.     Monthly mortgage payments on other properties:  $ N/A

        Amount of equity in other properties:  $_____

D.     Household expenses: $300.00 monthly

        Monthly grocery expense: 250.00

        Monthly utilities:

                Gas: None

                Electric: $90.00

                Water: $30.00

                Other: (Specify) Cable $68.00 Phone: $30.00 Wifi for shhool $49.00

E.     Other debts and miscellaneous monthly expenses:

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**V.**      **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**

(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

N/A

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_Sharie Camp_
Signature of Plaintiff or Plaintiffs

## VERIFICATION

State of _Missouri_      )
                        )
County of _Jackson_      )

     I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_Sharie Camp_

Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this __7th__ day of __May.__ , 20 __18__

_Mary J Burdett_
Notary Public

_March 13, 2021_
My Commission Expires

MARY J BURDETT
Notary Public-Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires March 13, 2021
Commission # 17920385